IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3<br><br>**Plaintiff,**<br>V.<br><br>ARMANDO TRINIDAD<br><br>**Defendants.** | Case No: 1:13-CV-4157<br><br>Judge: Samuel Der-Yeghiayan |

## MOTION FOR JUDGMENT OF FORECLOSURE

NOW COMES the Plaintiff, WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A. F/K/A NORWEST BANK MINNESOTA, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FFH3 ASSET-BACKED CERTIFICATES 2004-FFH3, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure. In support thereof, Plaintiff states as follows:

1. Attached please find Plaintiff's Affidavit of Prove-up attached hereto as Exhibit 1.

2. Attached please find Plaintiff's Certificate of Prove-up of Foreclosure Fees and Costs attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that its Motion for Entry of Judgment of Foreclosure be Granted, that this Court enter a judgment of foreclosure in favor of Plaintiff, enter an award of $339,739.37 as of September 23, 2013, with interest accruing on the unpaid principal balance at $18.09 per day, plus attorney's fees and foreclosure costs of $897.50, incurred by the Plaintiff as a result of the foreclosure, and all other relief just and proper.

    Respectfully submitted,
    */s/ Megan Christine Adams*
    Megan Christine Adams ARDC#6312221
    Potestivo & Associates, P.C.
    223 West Jackson Blvd, suite 610
    Chicago, IL 60601
    (312)263-0003